ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Meggitt Safety Systems Inc. | ) | ASBCA No. 63732 |
| | ) | |
| Under Contract No. SPRDL1-19-C-0289 | ) | |

APPEARANCES FOR THE APPELLANT:   Franklin C. Turner, Esq.
                  Alexander W. Major, Esq.
                  Leah R. McCoy, Esq.
                  Philip Lee, Esq.
                   McCarter & English, LLP
                   Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Dana J. Chase, Esq.
                    Army Chief Trial Attorney
                   MAJ Joshua B. Fix, JA
                   Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  February 20, 2024

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63732, Appeal of Meggitt Safety Systems Inc., rendered in conformance with the Board's Charter.

Dated:  February 20, 2024

_for Tammye D. Allott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals